# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SWIFT & CO., | Civil No. 05-2776 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| STAN TURBES, | **WITH PREJUDICE** |
| Defendant. | |

Carrie Zochert and Kenneth Corey-Edstrom, **LARKIN, HOFFMAN, DALY & LINDGREN, LTD**, 7900 Xerxes Avenue South, Suite 1500, Minneapolis, MN 55431, for plaintiff.

Jared Peterson, **BERENS, RODENBERG & O'CONNOR**, 519 Center Street, Post Office Box 428, New Ulm, MN 56073, for defendant.

This matter came before the Court on the parties' stipulation of dismissal [Docket No. 80].

Based upon all of the records, files, proceedings herein, **IT IS HEREBY ORDERED** that pursuant to Rule 41 of the Federal Rules of Procedure, this matter is hereby **DISMISSED WITH PREJUDICE**. The parties will each bear their own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 12, 2009
at Minneapolis, Minnesota.

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge